JS-6

1

2

3

4

5

6

7

8

9

10 **UNITED STATES DISTRICT COURT**

11 **CENTRAL DISTRICT OF CALIFORNIA**

12 CAMCAL ENTERPRISES, LLC dba BOTTLEKEEPER,

13

14                    Plaintiff,

15        v.

16 GLACIIO, INC.,

17                    Defendant.

Case No. CV 17-2551-GW(PLAx)

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

Hon. George H. Wu

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

[Proposed] Consent Judgment
and Permanent Injunction

WHEREAS, plaintiff CamCal Enterprises, LLC dba BottleKeeper ("BottleKeeper") and defendant Glaciio, Inc. ("Glaciio") have agreed in a separate agreement to settlement of the matters in issue between them and to entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1.     This is an action for patent infringement under the patent laws of the United States, Title 35, United States Code.

2.     This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C. §§1331 and 1338(a).  This Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction.  Venue is also proper in this Court pursuant to 28 U.S.C. §1400(b).

3.     BottleKeeper is a limited liability company organized under the laws of the State of Arizona and has a place of business at 1600 Rosecrans Avenue, Media Center, 4th Floor, Manhattan Beach, California 90266.

4.     Glaciio is a corporation organized under the laws of the State of California and has its principal place of business at 3420 Vinton Avenue, Apartment 4, Los Angeles, California 90034.

5.     Glaciio has manufactured, used, imported, offered for sale, and/or sold certain bottle enclosures in/into the United States under the name "Beer Bottle Cooler" (hereinafter the "Glaciio bottle enclosures").  Relevant pages from the Glaciio Internet website (www.glaciio.com) illustrating Glaciio bottle enclosures are attached hereto as **Exhibit 1**.

6.     BottleKeeper is, by assignment, the owner of all right, title, and interest in United States Patent No. 9,505,527 (hereinafter referred to as "the '527 patent") and United States Patent No. 9,637,270 (hereinafter referred to as "the '270 patent").  Copies of the '527 patent and the '270 patent are attached hereto as **Exhibits 2 & 3**, respectively.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

7.     The '527 patent, issued on November 29, 2016, is valid and enforceable, and has been infringed by Glaciio's manufacture, use, importation, offer for sale, and/or sale of the Glaciio bottle enclosures in/into the United States.

8.     The '270 patent, issued on May 2, 2017, is valid and enforceable, and has been infringed by Glaciio's manufacture, use, importation, offer for sale, and/or sale of the Glaciio bottle enclosures in/into the United States.

9.     Glaciio will not directly or indirectly aid, assign, or participate in any action or proceeding contesting the validity of the '527 patent and/or the '270 patent.

10.     Glaciio, its officers, directors, agents, servants, employees, attorneys, confederates, and all persons and/or entities acting for, with, by, through, and/or in concert and participation with them, or any of them, are hereby permanently enjoined from engaging in any of the following activities:

(a)  manufacturing, using, importing, offering for sale, and/or selling the Glaciio bottle enclosures in/into the United States;

(b)  manufacturing, using, importing, offering for sale, and/or selling any bottle enclosure that infringes the '527 patent and/or the '270 patent; and

(c)  inducing or enabling each other or others to manufacture, use, import, offer to sell, and/or sell any bottle enclosure that infringes the '527 patent and/or the '270 patent.

11.     Service by first class mail upon Glaciio, addressed to Elizabeth Yang, Law and Mediation Offices of Elizabeth Yang, 199 West Garvey Avenue, Suite 201, Monterey Park, California 91754, of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice under Federal Rule of Civil Procedure 65.  It shall not be necessary for Glaciio to sign any form of acknowledgement of service.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1     12.    The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**


Dated:  November 2, 2017

_____
GEORGE H. WU,
United States District Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

[Proposed] Consent Judgment
and Permanent Injunction

EXHIBIT 1



The only cup you will ever need to keep your beverage temperature

BUY CUP & HANDLE TOGETHER
GET 10% OFF. CODE * DEALHERE *

Home    Shop    Register    About us

Provides better hydration
and better choice

GET SOCIAL
#GLACIIO #TheSuperCup

Share your post and tag your #Glaciio #TheSuperCup photos
on Instagram and Facebook. Get one for you and one for your
friend, help us spread the message by saving HD hi-single-use
cups and save the environment!

We also will be giving away a free Glaciio travel tumbler cup to
the photo we like the most, so submit your best photo in your
favorite spot!

Sign up for exclusive deals
and news
Email

Copyright 2018 GLACIIO All rights reserved

Exhibit 1
Page 4



Exhibit 1
Page 5

EXHIBIT 2



US009505527B1

(12) **United States Patent**
Campbell

(10) **Patent No.:** **US 9,505,527 B1**
(45) **Date of Patent:** **Nov. 29, 2016**

(54) **PROTECTIVE BOTTLE ENCLOSURE**

(71) Applicant: **CamCal Enterprises, LLC**, Cave Creek, AZ (US)

(72) Inventor: **Matthew T. Campbell**, Cave Creek, AZ (US)

(73) Assignee: **CamCal Enterprises, LLC**, Cave Creek, AZ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 52 days.

(21) Appl. No.: **14/153,688**

(22) Filed: **Jan. 13, 2014**

**Related U.S. Application Data**

(60) Provisional application No. 61/752,404, filed on Jan. 14, 2013.

(51) **Int. Cl.**
| | |
|---|---|
| *B65D 41/04* | (2006.01) |
| *B65D 23/08* | (2006.01) |
| *B65D 81/02* | (2006.01) |
| *B65D 81/38* | (2006.01) |
| *B65D 25/24* | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC ............ *B65D 41/04* (2013.01); *A47G 19/2205* (2013.01); *A47G 23/02* (2013.01); *A47G 23/0241* (2013.01); *B65D 23/0885* (2013.01); *B65D 25/24* (2013.01); *B65D 81/02* (2013.01); *B65D 81/3876* (2013.01); *B65D 81/3879* (2013.01); *B65D 81/3888* (2013.01)

(58) **Field of Classification Search**
CPC .. B65D 41/04; B65D 25/24; B65D 23/0885; B65D 81/02; B65D 81/3888; B65D 81/3879; B65D 81/3876; A47G 23/0241; A47G 23/02; A47G 19/2205

USPC ............ 215/356, 13.1, 346.11, 311.2, 309.1, 215/386, 12.1, 346.01, 228, 395; 220/23.9, 220/4 B, 4.21, 903, 737, 739, 902, 4.12, 220/740, 592.16, 592.17, 592.23, 592.24, 220/592.25; 206/446, 588; 229/89
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 441,228 | A | * | 11/1890 | Cherbonnier .......... B65D 81/02 217/127 |
| 460,918 | A | * | 10/1891 | Kraetzer ................ B65D 81/02 217/127 |
| 2,163,568 | A | | 6/1939 | Schlumbohm |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| DE | 4126215 | * | 2/1993 | ............. B65D 23/08 |
| FR | 1054716 | * | 2/1954 | ......... B65D 23/0885 |
| WO | WO2008063750 A2 | | 5/2008 | |

*Primary Examiner* — Fenn Mathew
*Assistant Examiner* — Elizabeth Volz
(74) *Attorney, Agent, or Firm* — Manatt, Phelps & Phillips, LLP

(57) **ABSTRACT**

A protective bottle enclosure for enclosing and sealing a bottle with an open mouth carried within the enclosure. The enclosure includes a container having an upper portion and a base removably coupled to the upper portion, and an external cap applicable to the container in a seated position of the cap. In the seated position of the cap, the cap seals the open mouth of the bottle carried in the enclosure and forms an impermeable inner seal between the cap and the bottle. A stopper carried by the cap forms the impermeable inner seal between the cap and the bottle, and in the seated position of the cap, the cap is fully seated against the upper portion of the container and forms an impermeable outer seal between the cap and the container.

**20 Claims, 3 Drawing Sheets**



Exhibit 2
Page 6

(51) **Int. Cl.**
  *A47G 23/02*          (2006.01)
  *A47G 19/22*          (2006.01)

(56)                **References Cited**

              U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,889,065 A * | 6/1959 | Lawlor | A45D 34/02 |
| | | | 215/12.1 |
| 3,120,319 A | 2/1964 | Buddrus | |
| 3,229,840 A * | 1/1966 | Filleul | B65D 1/06 |
| | | | 215/12.1 |
| 3,308,980 A * | 3/1967 | Taylor | B65D 23/0885 |
| | | | 215/13.1 |
| 4,444,324 A | 4/1984 | Grenell | |
| 4,510,769 A * | 4/1985 | McClellan, Jr. | B65D 23/0885 |
| | | | 215/12.1 |
| 4,690,300 A | 9/1987 | Woods | |
| 4,768,664 A * | 9/1988 | Zimmermann | 215/12.1 |
| 4,811,858 A * | 3/1989 | Augur | 215/13.1 |
| 4,823,974 A * | 4/1989 | Crosser | A47G 19/2288 |
| | | | 206/545 |
| 5,186,350 A | 2/1993 | McBride | |
| 5,261,554 A | 11/1993 | Forbes | |
| 5,417,327 A | 5/1995 | Saumure | |
| 5,635,232 A * | 6/1997 | Wallace | A23L 2/54 |
| | | | 141/18 |
| 5,695,090 A | 12/1997 | Burdick | |
| 5,904,267 A | 5/1999 | Thompson | |
| 5,975,337 A | 11/1999 | Hadley | |
| 5,992,677 A | 11/1999 | Ebine | |
| 6,427,863 B1 | 8/2002 | Nichols | |
| 6,467,644 B1 | 10/2002 | Yeh | |
| 6,604,649 B1 | 8/2003 | Campi | |
| 6,793,076 B1 * | 9/2004 | Luo | B65D 77/0493 |
| | | | 206/521 |
| 2004/0045972 A1 | 3/2004 | Stokes | |
| 2004/0124192 A1 * | 7/2004 | Teller | B65D 25/24 |
| | | | 220/23.9 |
| 2007/0125785 A1 * | 6/2007 | Robinson | B65D 1/023 |
| | | | 220/351 |
| 2007/0175906 A1 | 8/2007 | Caladrino | |
| 2007/0221693 A1 | 9/2007 | Moore | |
| 2009/0056369 A1 | 3/2009 | Fink et al. | |
| 2010/0005828 A1 | 1/2010 | Fedell | |
| 2010/0288723 A1 | 11/2010 | Mayer | |
| 2011/0114588 A1 | 5/2011 | Nowzari | |
| 2012/0145591 A1 * | 6/2012 | Ceder | B65D 23/0885 |
| | | | 206/592 |

* cited by examiner

Exhibit 2
Page 7



FIG. 1

FIG. 2

Exhibit 2
Page 8



FIG. 3

Exhibit 2
Page 9



FIG. 4A

FIG. 4B

FIG. 4C

Exhibit 2
Page 10

1

## PROTECTIVE BOTTLE ENCLOSURE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application No. 61/752,404, filed Jan. 14, 2013, which is hereby incorporated by reference.

### FIELD OF THE INVENTION

The present invention relates generally to food and beverages, and more particularly to containers for holding beverages and beverage bottles.

### BACKGROUND OF THE INVENTION

Many people like to drink beverages while on the go. Beverages are often carried by people for different reasons and to different places, such as to the beach, to the office, in the car, on a boat, at the golf course, at the shopping mall, and other similar places. Once opened, however, a bottle can spill its contents, wasting the beverage and creating a mess. Further, for some beverages, once the bottle is opened, the beverage contained therein will lose its freshness or effervescence as gases in the beverage leave the beverage and escape the bottle. Some bottles have caps or lids designed to be re-applied to an open bottle top so as to close the bottle and prevent spills. However, many bottles, such as glass bottles, do not have caps or lids that can be re-applied. Instead, the beverages in these bottles must generally consumed in one sitting, or the drinker must drink some of the beverage immediately after opening and then the rest at a later time, sacrificing the freshness or effervescence when finishing the beverage. Further, most beverages, if consumed over a period of time, will gradually equalize with the ambient temperature of the environment, which can be undesirable if the beverage was meant to be consumed very hot or very cold. An improved device for carrying a beverage is needed.

### SUMMARY OF THE INVENTION

According to the principle of the invention, a protective bottle enclosure seals an open bottle containing a beverage, insulates the bottle, and conceals the bottle during consumption of the beverage. The enclosure includes a container constructed from an upper portion and a base that can be removed from and applied to the upper portion. The base is removed from the upper portion to open an interior of the container and allow the bottle to be applied thereto. Once the base is replaced on the upper portion, the upper portion and base define the container which protects, insulates, and conceals the bottle carrying the beverage. A cap is removably applied to the container. The cap has an internal stopper, which, when the cap is fully seated on the container, forms an inner seal with the mouth of the open bottle and forms an outer seal with the container, so that the beverage in the bottle cannot leak out of the bottle or the enclosure.

### BRIEF DESCRIPTION OF THE DRAWINGS

Referring to the drawings:

FIG. 1 is a front perspective view of a protective bottle enclosure constructed and arranged in accordance with the

2

principle of the invention, including a container having an upper portion, a base applied to the upper portion, and a cap applied to the upper portion;

FIG. 2 is an exploded front perspective view of the protective bottle enclosure of FIG. 1;

FIG. 3 is a section view of the protective bottle enclosure of FIG. 1 taken along the line 3-3 in FIG. 1; and

FIGS. 4A-4C are section views of three embodiments of caps taken along similar lines as FIG. 3.

### DETAILED DESCRIPTION

Reference is now made to the drawings. FIG. 1 illustrates a protective bottle enclosure 10 constructed and arranged according to the principle of the invention. FIG. 2 illustrates the same enclosure 10 in an exploded view. The enclosure 10 is useful for containing, concealing, and insulating a bottle applied to the enclosure in such a way that a beverage from the bottle can be consumed while the bottle is protected within the enclosure 10. The enclosure 10 includes a container 11 and a cap 12 removably applied to the container 11. The container 11 is preferably constructed from a material or materials having material characteristics of strength and rigidity, such as metal or plastic. The container 11 is preferably a two-piece unit having a main upper portion 13 and a base 14 removably applied to the upper portion 13. The upper portion 13 and base 14 cooperate to define a generally cylindrical interior 15 (indicated in FIG. 2) which receives the beverage bottle that the enclosure 10 protects. The upper portion 13 and base 14 are preferably extruded or rolled from thin-walled aluminum or the like.

The upper portion 13 is formed from a continuous thin sidewall 20 having opposed inner and outer surfaces 21 and 22 which are parallel to each other and set just slightly apart, defining a very thin thickness of the sidewall 20. The upper portion 13 of the container 11 defines a majority of the container 11 and has a body 23 extending from a bottom 24 to a shoulder 25 of the container 11. The shoulder 25 is an annular narrowing of the container 11 which tapers from the body 23 to a neck 30 of the container 11. The neck 30 extends upward to a finish 31 which terminates in an annular lip 32. The body 23 of the upper portion has a constant diameter D from just above the bottom 24 to the just below the shoulder 25. The neck has a diameter E which is less than the diameter D of the body 23, since the shoulder 25 between the body 23 and the neck 30 tapers in diameter between the two. The lip 32 flares outward slightly from the diameter E of the neck 30.

The base 14 is removable from the upper portion 13 so that a bottle may be introduced into the interior 15 and carried therein. Still referring to FIGS. 1 and 2, the base 14 has a flat bottom 34 and an upstanding, annular sidewall 35 extending upward from the bottom 34 and terminating in an open top 36. To releasably couple the base 14 to the upper portion 13, a fastening assembly is carried between the upper portion 13 and the base 14. At the bottom 24 of the body 23, the upper portion 13 of the container 11 has a reduced diameter and is formed with external threads 40. Complemental internal threads are carried on the sidewall 35 of the base 14. Though not visible in FIGS. 1 and 2, the internal threads are visible in FIG. 3 and are identified there with the reference number 41. The two sets of threads 40 and 41 threadably engage the base 14 to the upper portion 13 of the container 11 and allow the base 14 to be quickly and easily removed from the upper portion 13. By aligning the threads 40 and 41 and rotating the base 14 with respect to the upper portion 13 in a clockwise direction, the base 14 is

Exhibit 2
Page 11

3

secured to the upper portion **13**. Conversely, by rotating the base **14** in a counter-clockwise direction with respect to the upper portion **13** and retracting the base **14** away from the upper portion **13**, the base **14** is removed from the upper portion **13**, and the bottom **24** of the upper portion **13** is open, defining an entrance available to apply a bottle therethrough into the interior **15** of the container **11**. One having ordinary skill in the art will readily appreciate that the relative direction of the threads **40** and **41** may be reversed so that the direction of rotation of the base **14** with respect to the upper portion **13** would be correspondingly reversed to apply and remove the base **14** from the upper portion **13**. One having ordinary skill in the art will also appreciate that another suitable fastening mechanism may be used to removably engage the base **14** to the upper portion **13**.

Turning briefly to FIG. **3**, a bottle **100** has been applied to the interior **15** of the container **11**. The bottle **100** is shown in ghost form, or in broken line, in FIG. **3**, which is a section view taken along the line **3-3** in FIG. **1**. The container **11** has rotational symmetry about a vertical axis extending through the interior **15** along a geometric center of the container **11**. The bottle **100** is applied to the enclosure **10**, and has a body **101**, a bottom **102**, a shoulder **103**, and a long neck **104** terminating in an open mouth **106** at a top **105** of the bottle **100**. The mouth **105** of the bottle **100** has an internal diameter M. The bottle **100** has been, and is preferably, inserted into the enclosure **10** with the mouth **106** open so that the cap **12** seals the mouth **106** when the cap **12** is fully applied and seated to the container **11**.

Referring now back to FIG. **2** primarily, the cap **12** is removably applied to the container **11** to seal the container **11**. The neck **30** of the upper portion **13** of the container **11** carries threads **42** which are formed integrally in the neck **30** and extend both inwardly and outwardly. The threads **42** allow the cap **12** to be threadably engaged to the container **11** to secure and release the cap **12** on the container. Three cap embodiments are shown in FIGS. **4A-4C** and are identified as the caps **12**, **12'**, and **12"**, respectively. Discussion of the cap **12** in FIG. **4A** will be made first, and then, turning to FIGS. **4B** and **4C**, the discussion will be of the caps **12'** and **12"** and the various structural elements and features which are different from the cap **12**. Discussion of structural elements and features which are identical in the caps **12**, **12'**, and **12"** will not be repeated in the description of the caps **12'** and **12"**.

FIG. **4A** illustrates an enlarged section view of the cap **12** taken along the line **3-3** in FIG. **1**. The cap **12** consists of a knob **50** formed with a tab or extension **51** providing a contact surface to be gripped and rotated, and a collar **52** depending from the knob **50** opposite the extension **51**. The collar **52** is a thin cylindrical sleeve which extends downward from the knob **50** and carries external threads **53**. The threads **53** extend radially outward from the collar **52**. The threads **53** of the cap **12** threadably engage with the internal threads **42** formed in the neck **30** of the upper portion **13**, so that the cap **12** is applied and engaged to the upper portion **13** by aligning the threads **53** and **42** and rotating the cap **12** clockwise relative to the upper portion **13**, and the cap **12** is retracted and disengaged from the upper portion **13** by rotating the cap **12** counterclockwise relative to the upper portion **13**. One having ordinary skill in the art will understand that the relative direction of the threads **42** and **53** may be reversed and that the direction of rotation of the cap **12** relative to the upper portion **13** would be correspondingly reversed to apply and remove the cap **12**. The cap has a cuff **54** disposed between the extension **51** and the collar **52** extending radially outward from an underside **58** of the

4

extension **51** and defining a lower portion of the extension **51**. The cuff **54** is a cylindrical sidewall having an inner surface **55** cooperating with the collar **52** to bound an internal, generally cylindrical volume **56** with an opening **57** located opposite the extension **51**.

Still referring to FIG. **4A**, the cap **12**A has a sealing structure to seal the mouth **105** of the bottle **100** while housed in the container **11**. The cap **12** has a stopper **60** with a body **61** which is an inverted truncated conical frustum that tapers in diameter away from the cap **12**. The body **61** has a top **62** and an opposed bottom **63** with a diameter G, and the diameter G at the bottom **63** is smaller than the diameter at the top **62** of the body **61**. The top **62** of the body **61** is applied to the underside **58** of the knob **50**. The body **61** is constructed from a material or combination of materials having material characteristics of resiliency, elasticity, and shape memory, such as rubber, so that the body **61** of the stopper **60** can be compressed radially under pressure and return to its original shape when the compression is removed. The body **61** of the stopper **60** extends within the cylindrical volume **56** as far as the cuff **54**, and an annular volume **64** in communication with the cylindrical volume **56** is defined between the body **61** of the stopper **60** and the inner surface **55** of the cuff **54** which encircles the stopper **60** within the cap **12**. An annular flange **65** is formed on the body **61** of the stopper **60**. The flange **65** is a ring formed monolithically and integrally to the body **61**, and the flange extends continuously around the body **61** parallel to the top **62** and bottom of the stopper **60**. The body **61** has a diameter F just under the flange **65**, and the flange **65** has a diameter H, which is larger than the diameter F and the diameter G of the bottom **63** of the body **61** of the stopper **60**. The diameter H of the flange **65** is greater than the diameter M of the mouth **105** of the bottle **100**, and the diameter M of the mouth **105** is larger than the diameter G of the bottom **63** of the stopper **60** but just smaller than the diameter F of the stopper **60**. The flange **65** is constructed from a material having a rigid material characteristics, such as plastic. The flange **65** is formed on the body **61** at a generally intermediate location with respect to the top **62** and bottom **63**.

Turning now to FIG. **4B**, the cap **12'** is shown. As explained above, the cap **12'** shares various structural elements and features in common with the cap **12**, and as such, those structural elements and features will not be described here. Those structural elements and features are identified in the discussion of the cap **12'** with the same reference characters as above, and the discussion below is directed toward the differences of cap **12'**. The cap **12'** has a knob **50**, extension **51**, collar **52**, threads **53**, cuff **54**, inner surface **55**, cylindrical volume **56**, opening **57**, and underside **58**, but the cap **12'** presents an alternate stopper **70**.

The stopper **70** has a body **71** which is an inverted truncated conical frustum that tapers in diameter away from the cap **12'**. The body **71** has a top **72** and an opposed bottom **73** with respective diameters F' and G', and the diameter G' at the bottom **73** is smaller than the diameter F' at the top **72** of the body **71**. The top **72** of the body **71** is applied to the underside **58** of the knob **50**. The body **71** is constructed from a material or combination of materials having material characteristics of resiliency, elasticity, and shape memory, such as rubber, so that the body **71** of the stopper **70** can constrict and be compressed radially under pressure and return to its original shape when the compression is removed. The body **71** of the stopper **70** extends within the cylindrical volume **56** as far as the cuff **54**, and the annular volume **64** in communication with the cylindrical volume **56** is defined between the body **71** of the stopper **70** and the

Exhibit 2
Page 12

5

inner surface **55** of the cuff **54** which encircles the stopper **70** within the cap **12**. The diameter M of the mouth **105** of the bottle **100** is larger than the diameter G' of the bottom **73** of the stopper **70** but is smaller than the diameter F' of the top **62** of the bottle **100**. In this way, when the cap **12'** is applied to and seated on the container **11**, the mouth **105** encircles and constricts the stopper **60** between the top **62** and bottom **63**.

Turning now to FIG. **4**C, the cap **12"** is shown. Again, as explained above, the cap **12"** shares various structural elements and features in common with the cap **12**, and as such, those structural elements and features will not be described here. Those structural elements and features are identified in the discussion of the cap **12"** with the same reference characters as above, and the discussion below is directed toward the differences of cap **12"**. The cap **12"** has a knob **50**, extension **51**, collar **52**, threads **53**, cuff **54**, inner surface **55**, cylindrical volume **56**, opening **57**, and underside **58**, but the cap **12'** presents an alternate stopper **80**.

The stopper **80** of the cap **12"** is a pad **81** carried on the underside **58** of the knob **50**. The pad **81** includes an upper surface **82**, an opposed lower surface **83**, and a compressible middle layer **84** between the upper and lower surfaces **82** and **83**. The upper surface **82** is permanently applied, such as with an adhesive, to the underside **58** of the knob **50** and extends across the underside **58** encircled by the inner surface **55** of the cuff **55**. The pad **81** has a diameter I, which is greater than the diameter M of the mouth **105** of the bottle **100**. The pad **81** is constructed from a material or combination of materials having compressible, elastic, resilient, and durable material characteristics, such as elastomeric rubber and the like.

The caps **12**, **12'**, and **12"** each seal the open bottle **100** and the container **11** when used as part of the enclosure **10**. The bottle **100** is held within the enclosure **10** by the cap and by elastomeric padding or forms within the container **11**. The elastomeric forms are applied to the upper portion **13** and the base **14** to provide insulation to the bottle **100**, to provide impact protection to the bottle **100**, and to hold the bottle **100** securely, both while the bottle **100** is enclosed by the enclosure **10** and while the bottle is tipped and being drunk from. With reference back to FIG. **3**, the upper portion **13** has an upper form **90** with an outer surface **91** applied, such as with an adhesive, to the inner surface **21** of the container **11** and an inner surface **92** extending into the interior **15** of the enclosure **10**. The upper form **90** has a generally cylindrical shape extending from the bottom **24** of the upper portion **13** to the shoulder **25**. The upper form **90** is constructed from a material or combination of materials having material characteristics of compressibility, durability, resiliency, and shape memory, and which is a good insulator. The base **14** has a base pad **93** with an upper surface **94** and an opposed lower surface **95** applied, such as with an adhesive, to the bottom **34** of the base **14**. The base form **93** is disc shaped and extends along the bottom **34** of the base **14**. The sidewall of the base **14** is uncovered in the interior **15**. Like the upper form **90**, the base form **93** is constructed from a material or combination of materials having the material characteristics of compressibility, durability, resiliency, and shape memory, and which is a good insulator. The upper and base forms **90** and **93** securely position and hold the bottle **100** in place within the container and provide insulation to keep the beverage in the bottle **100** hot or cold.

In operation, the enclosure **10** is useful for protecting, insulating, and concealing the bottle **100** within the enclosure **10**. To apply the bottle **100** to the enclosure **10**, the base **14** is decoupled from the upper portion **13** by rotating the

6

base **14** relative to the upper portion **13** while retracting the base **14** and then withdrawing the base **14** from the upper portion **13**, exposing the open bottom **24** of the upper portion **13** and the hold **90** ready to receive the bottle **100**. The bottle **100** is held, such as by hand, and inserted into the interior **15** with the mouth **105** of the bottle **100** introduced first into the interior **15**. The bottle **100** is applied to and inserted into the interior **15** until the mouth **105** of the bottle **100** is disposed just below the lip **32** on the finish **31** of the upper portion **13**. As the bottle **100** is applied into the interior **15**, the bottle **100** radially compresses the upper form **90** against the sidewall **20** of the upper portion **13**. As shown in FIG. **3**, above the shoulder **103** of the bottle **100**, the upper form **90** is uncompressed and has a normal thickness, while along the body **101** of the bottle **100**, the upper form **90** is compressed and has a reduced thickness. The bottle **100** is thus held in a friction fit arrangement by the upper form **100** which limits vertical movement in and out of the upper form **13**.

Once the bottle **100** is placed into the upper portion **13**, the base **14** is coupled to the upper portion **13**. The base **14** is aligned with the upper portion **13** and moved toward and over the bottom **24** of the upper portion **13** while rotating the base **14** with respect to the upper portion **13** so as to threadably engage the base **14** onto the upper portion **13**. The base **14** is rotated completely until the base **14** is firmly seated on the upper portion **13** and the top **36** of the base **14** is against the bottom **24** of the upper portion **13**, sealing the base **14** on the upper portion **13** and forming the container **11**. If, before coupling the base **14** to the upper portion **13**, the bottle **100** had not been fully applied to the upper portion **13**, then when the base **14** is seated to the upper portion **13**, the base **14** will advance the bottle **100** further into the upper portion **13** to a preferred location in the interior **15**. If the bottle **100** had been applied too far into the interior **15**, then application of the cap **12** to the upper portion **13** will re-position the bottle **100** in the opposite direction. Any of the caps **12**, **12'**, and **12"** may be applied and seated on the upper portion **13**. Seating any of the caps **12**, **12'**, and **12"** on the container **12** forms seals between the bottle **100** and the cap **12** and between the container **11** and the cap **12**. Application of each will now be discussed.

FIG. **3** and FIG. **4**A show the cap **12** fully seated on the upper portion **13** in a seated position of the cap **12**, sealing the open mouth **105** of the bottle **100**. To apply the cap **12** to the container **11** with the bottle **100** held in the container **11**, the cap **12** is free of the container **11** and is aligned with the neck **30** and finish **31** of the container **11** in a free condition of the cap **12**. The threads **53** on the cap **12** are directed downwardly toward the threads **42** on the neck **30** of the container **11**. The cap **12** is then rotated onto the neck **30**, threadably engaging the threads **53** on the cap **12** with the threads **42** formed in the neck **30** of the container **11** to move the cap **12** into an applied condition on the container **11**. As the cap **12** is threaded onto the container **11**, the cap **12** is applied to the container **11**, and the bottom **63** of the stopper **60** moves into the mouth **105** of the bottle **100**. The bottom **63** of the stopper **60** has a diameter G which is less than the diameter M of the mouth **105**, so that the mouth **105** begins to receive the stopper **60**. As the cap **12** is further threaded onto the container **11**, the stopper **60** advances further into bottle **100**, filling a greater portion of the diameter M of the mouth **105**. In this applied condition of the cap **12**, the cap **12** only yet forms a fluid-permeable seal with the container **11**. As the cap **12** is still further threaded onto the container **11**, however, the stopper **60** fills the entire mouth **105** of the bottle **100**, and begins to be compressed and constricted radially by the mouth **105**. The cap **12**

Exhibit 2
Page 13

continues to be advanced until the top **106** of the bottle **100** encounters the flange **65** on the stopper **60**, at which point the cuff **54** of the cap **12** fully seats against the lip **32** of the upper portion **13** of the container **11**. The diameter F of the body **61** of the stopper **60** just below the flange **65** is just greater than the diameter M of the mouth **105**, and the diameter H of the flange **65** is greater than the diameter M of the moth **105**, so that the mouth **105** is received against an inward shoulder **99** formed by the body **61** of the stopper **60** and the flange **65**, defining a seated condition of the cap **12**. In this seated condition, the stopper **60** forms a fluid-impervious seal **96** with the mouth **105** of the bottle **100**, so that the beverage in the bottle **100** cannot leave the bottle **100** and enter the interior **15**. Further, the cuff **54** of the cap **12** fully seated against the lip **32** of the container and forms a fluid-impervious seal **97** with the container **11**. This seal **97** prevents any moisture in the interior **15** from exiting the interior **15** and also prevents any fluids outside of the enclosure **10** from entering the interior **15**. The seal **96** is considered an inner seal, and the seal **97** is considered an outer seal spaced apart from the inner seal, so that the enclosure **10** has a unique double-seal construction which is formed when the cap **12** is in the seated condition on the container **11**.

Alternately, the bottle **100** and container **11** can be sealed by the cap **12'**. FIG. 4B shows the cap **12'** fully seated on and sealing the open mouth **105** of the bottle **100**. FIG. 4B does not show the container **11**, as one having ordinary skill in the art will understand how the cap **12'** seats on the container **11**, given the above description of the cap **12** and the container **11**, and given the below description. To apply the cap **12'** to the container **11** with the bottle **100** held in the container **11**, the cap **12'** is free of the container **11** and is aligned with the neck **30** and finish **31** of the container **11** in a free condition of the cap **12'**. The threads **53** on the cap **12'** are directed downwardly toward the threads **42** on the neck **30** of the container **11**. The cap **12'** is then rotated onto the neck **30**, threadably engaging the threads **53** on the cap **12'** with the threads **42** formed in the neck **30** of the container **11** to move the cap **12'** into an applied condition on the container **11**. As the cap **12'** is threaded onto the container **11**, the cap **12'** is applied to the container **11**, and the bottom **73** of the stopper **70** moves into the mouth **105** of the bottle **100**. The bottom **73** of the stopper **70** has a diameter G' which is less than the diameter M of the mouth **105**, so that the mouth **105** begins to receive the stopper **70**. As the cap **12'** is further threaded onto the container **11**, the stopper **70** advances further into bottle **100**, filling a greater portion of the diameter M of the mouth **105**. In this applied condition of the cap **12'**, the cap **12'** only yet forms a fluid-permeable seal with the container **11**. As the cap **12'** is still further threaded onto the container **11**, however, the stopper **70** fills the entire mouth **105** of the bottle **100**, and begins to be compressed and constricted radially by the mouth **105**. The cap **12'** continues to be advanced until the top **106** of the bottle **100** binds on the body **71** of the stopper **70**, at which point the cuff **54** of the cap **12'** also fully seats against the lip **32** of the upper portion **13** of the container **11**. The diameter of the body **71** of the stopper **70** encircled by the mouth **105** is just less than the diameter M of the mouth **105**, defining a seated condition of the cap **12** on the container **11**. In this seated condition, the stopper **70** forms a fluid-impervious seal **96'** with the mouth **105** of the bottle **100**, so that the beverage in the bottle **100** cannot leave the bottle **100** and enter the interior **15**. This seal **96** is considered an inner seal. Further, the cuff **54** of the cap **12'** fully seated against the lip **32** of the container and forms a fluid-impervious seal with the container **11**. This

seal is considered an outer seal, and it prevents any moisture in the interior **15** from exiting the interior **15** and also prevents any fluids outside of the enclosure **10** from entering the interior **15**. The enclosure **10** has this unique double-seal construction which is formed when the cap **12'** is in the seated condition on the container **11**.

Alternately, the bottle **100** and container **11** can be sealed by the cap **12"**. FIG. 4C shows the cap **12"** fully seated on and sealing the open mouth **105** of the bottle **100**. FIG. 4C does not show the container **11**, as one having ordinary skill in the art will understand how the cap **12"** seats on the container **11**, given the above description of the cap **12** and the container **11**, and given the below description. To apply the cap **12'** to the container **11** with the bottle **100** held in the container **11**, the cap **12'** is free of the container **11** and is aligned with the neck **30** and finish **31** of the container **11** in a free condition of the cap **12"**. The threads **53** on the cap **12"** are directed downwardly toward the threads **42** on the neck **30** of the container **11**. The cap **12"** is then rotated onto the neck **30**, threadably engaging the threads **53** on the cap **12"** with the threads **42** formed in the neck **30** of the container **11** to move the cap **12"** into an applied condition on the container **11**. As the cap **12"** is threaded onto the container **11**, the cap **12"** is applied to the container **11**, the mouth **105** of the bottle **100** contacts the lower surface **83** of the pad **81** of the stopper **80**. As the cap **12"** is still further threaded onto the container **11**, the mouth **105** of the bottle **100** advances into the pad **81**, deflecting the lower surface **83** and compressing the middle layer **84** toward the upper surface **82**. The pad **81** continues to be compressed by the mouth **105** until the cap **12"** is fully threaded onto the container **11**, seating the cuff **54** of the cap **12"** against the lip **32** of the container **11** in a seated condition of the cap **12"**. In the seated condition of the cap **12"**, a fluid-impervious seal **96"** is formed between the pad **81** and the mouth **105** of the bottle **100**, which seal **96"** is considered an inner seal preventing the loss of the beverage contained in the bottle **100** into the interior **15** of the enclosure **10**. Further, in the seated condition of the cap **12"**, the cuff **54** of the cap **12"** forms a fluid-impervious seal with the container **11**. This seal is considered an outer seal, and it prevents any moisture in the interior **15** from exiting the interior **15** and also prevents any fluids outside of the enclosure **10** from entering the interior **15**. The enclosure **10** has this unique double-seal construction which is formed when the cap **12"** is in the seated condition on the container **11**.

Once the enclosure **10** is sealed with the cap **12**, **12'**, or **12"** (discussion herein with respect to the cap **12**), the bottle **100** can be carried, tilted, or tipped without spilling the beverage within the bottle **100** inside the enclosure **10**. The cap **12** can be removed to allow a person to drink from the bottle **100**, simply by unthreading the cap **12** from the container **11** and moving the cap **12** into the free condition thereof, exposing the mouth **105** of the bottle **100** which is spaced above the lip **32** of the upper portion **13** of the container **11** by a distance T. The mouth **105** is also spaced apart from the lip **32** of the upper portion **13** of the container **11** by an annular gap **98** encircling the mouth **105**. This annular volume **64** is a gap between the mouth **105** of the bottle **100** and the lip **32** of the enclosure **10** which allows a person to place his or her lips on the bottle itself. This can prevent spilling of the beverage into the interior **15** or simply out of the bottle **100** altogether, because a seal is formed between the mouth **105** of the bottle **100** and the person's lips. Alternatively, the person may place his or her lips around the lip **32** of the enclosure **10** and drink from the bottle **100**.

Exhibit 2
Page 14

9

10

The present invention is described above with reference to several embodiments, among them a preferred embodiment. However, those skill having ordinary skill in the art will appreciate that changes and modifications may be made in the described embodiments without departing from the nature and scope of the present invention. Various further changes and modifications to the embodiment herein chosen for purposes of illustration will readily occur to one having ordinary skill in the art. To the extent that such modifications and variations do not depart from the principle of the invention, they are intended to be included within the scope thereof.

Having fully and clearly set forth the invention in such detail as to enable one having ordinary skill in the art to make and use the same, the invention claimed is:

1. A protective bottle enclosure for enclosing and sealing an open bottle inside the enclosure, the bottle having a bottleneck and an open mouth, the enclosure comprising:

a container including an upper portion having a shoulder, a neck, and an opposed bottom, and a base having a bottom and a sidewall configured to removably couple with the upper portion;

a continuous elastomeric form wrapped within the upper portion and bound between the shoulder and the bottom, the elastomeric form being generally cylindrical;

an external, removable cap configured to removably engage the container, a bottom portion of the cap comprising a stopper and a cylindrical sleeve that partially extends inside of the neck of the upper portion and surrounding a portion of the bottleneck;

wherein the cap is configured to be fully seated against the upper portion of the container and to form a first seal between the cap and the container, the cap being further configured to seal the open mouth of the bottle and the stopper being configured to form a second seal between the cap and the bottle.

2. The protective bottle enclosure of claim 1, wherein the stopper is a compressible pad.

3. The protective bottle enclosure of claim 1, wherein a flange is formed around the stopper.

4. The protective bottle enclosure of claim 1, further comprising an elastomeric pad applied to the bottom of the base.

5. The protective bottle enclosure of claim 1, further comprising an adhesive between the elastomeric form and the upper portion.

6. The protective bottle enclosure of claim 1, wherein the opposed bottom of the upper portion is open.

7. The protective bottle enclosure of claim 1, wherein the base threadably engages an external thread formed in a sidewall of the upper portion near the opposed bottom.

8. The protective bottle enclosure of claim 1, wherein the cap threadably engages an internal thread formed in the neck of the upper portion.

9. A protective bottle enclosure for enclosing and sealing a bottle inside the enclosure, the bottle having a bottleneck and an open mouth, the enclosure comprising:

a container including an upper portion having a shoulder and a bottom, a base having a bottom and a sidewall, the base being configured to removably couple with the bottom of the upper portion;

a continuous elastomeric form wrapped within the upper portion and bound between the shoulder and the bottom, the elastomeric form being generally cylindrical;

wherein the container is configured to allow a bottle to be inserted through the bottom of the upper portion into an interior of the container when the base is not coupled to the upper portion;

a removable cap configured to removably engage the container, a bottom portion of the cap comprising a stopper and a cylindrical sleeve that partially extends inside of a neck of the upper portion and surrounding a portion of the bottleneck; and

wherein the cap is configured to be fully seated against the upper portion of the container and to form a first seal between the cap and the container, the cap being further configured to seal the open mouth of the bottle and the stopper being configured to form a second seal between the cap and the bottle.

10. The protective bottle enclosure of claim 9, wherein the stopper is a compressible pad.

11. The protective bottle enclosure of claim 9, wherein an annular flange is formed around the stopper.

12. The protective bottle enclosure of claim 9, further comprising an elastomeric pad applied to the bottom of the base.

13. The protective bottle enclosure of claim 9, further comprising an adhesive between the elastomeric form and the upper portion.

14. The protective bottle enclosure of claim 9, wherein the base threadably engages an external thread formed in a sidewall of the upper portion near the bottom.

15. The protective bottle enclosure of claim 9, wherein the cap threadably engages an internal thread formed in the neck of the upper portion.

16. A protective bottle enclosure for enclosing and sealing a bottle inside the enclosure, the bottle having a bottleneck and an open mouth, the enclosure comprising:

a container including an upper portion having a shoulder and a bottom, a base having a bottom and a sidewall, the base being configured to removably couple with the upper portion;

a continuous elastomeric form wrapped within the upper portion and bound between the shoulder and the bottom, the elastomeric form being generally cylindrical;

a cap configured to removably engage the container, a bottom portion of the cap comprising a stopper and a cylindrical sleeve that partially extends inside of a neck of the upper portion and surrounding a portion of the bottleneck, the cap being configured to be positionable in a free condition, an applied condition, and a sealed condition;

in the free condition, the cap is configured to not be engaged with the container;

in the applied condition, the cap is configured to be engaged with the container and to form a first seal with the container; and

in the sealed condition, the cap is configured to be fully seated against the container and to form a second seal with the bottle and to form a first seal with the container.

17. The protective bottle enclosure of claim 16, further comprising an elastomeric pad applied to the bottom of the base.

18. The protective bottle enclosure of claim 16, wherein in the free condition, an annular gap spaces the mouth of the bottle apart from an annular lip at a top of the upper portion of the container.

19. The protective bottle enclosure of claim 16, further comprising an adhesive between the elastomeric form and the upper portion.

Exhibit 2
Page 15

**20**. The protective bottle enclosure of claim **16**, wherein the base threadably engages an external thread formed in a sidewall of the upper portion near the bottom.

* * * * *

Exhibit 2
Page 16

EXHIBIT 3



US009637270B2

(12) **United States Patent**　　　　(10) **Patent No.:**　**US 9,637,270 B2**
　　Campbell　　　　　　　　　　　　　(45) **Date of Patent:**　　　**May 2, 2017**

(54) **PROTECTIVE BOTTLE ENCLOSURE**

(71) Applicant: **CAMCAL ENTERPRISES, LLC**, Cave Creek, AZ (US)

(72) Inventor: **Matthew T. Campbell**, Cave Creek, AZ (US)

(73) Assignee: **CAMCAL ENTERPRISES, LLC**, Phoenix, AZ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/362,540**

(22) Filed: **Nov. 28, 2016**

(65) **Prior Publication Data**

US 2017/0073110 A1　　Mar. 16, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/153,688, filed on Jan. 13, 2014, now Pat. No. 9,505,527.

(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *B65D 41/04* | (2006.01) |
| *B65D 23/08* | (2006.01) |
| *A47G 19/22* | (2006.01) |
| *A47G 23/02* | (2006.01) |
| *B65D 81/38* | (2006.01) |
| *B65D 43/02* | (2006.01) |
| *B65D 81/02* | (2006.01) |
| *B65D 1/02* | (2006.01) |
| *B65D 25/24* | (2006.01) |

(52) **U.S. Cl.**
CPC ..... *B65D 23/0885* (2013.01); *A47G 19/2205* (2013.01); *A47G 23/0241* (2013.01); *B65D 1/0246* (2013.01); *B65D 1/0261* (2013.01); *B65D 41/0414* (2013.01); *B65D 43/0225* (2013.01); *B65D 81/02* (2013.01); *B65D 81/3876* (2013.01); *B65D 25/24* (2013.01);

(Continued)

(58) **Field of Classification Search**
CPC .... B65D 41/04; B65D 25/24; B65D 23/0885; B65D 81/02; B65D 81/3888; B65D 81/3879; B65D 81/3876; B65D 1/0246; B65D 1/0261; B65D 41/0414; B65D 43/0225; A47G 23/0241; A47G 19/2205
USPC .......... 215/309.1, 12.1, 13.1, 228, 395, 386; 220/740, 737, 23.9, 4.12, 903, 902, 739, 220/592.16, 592.17, 592.23, 592.24, 220/592.25; 206/446, 588; 229/89
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,889,065 A * 6/1959 Lawlor ................. A45D 34/02
　　　　　　　　　　　　　　　　　　　　215/12.1
3,229,840 A * 1/1966 Filleul ...................... B65D 1/06
　　　　　　　　　　　　　　　　　　　　215/12.1

(Continued)

*Primary Examiner* — Fenn Mathew
*Assistant Examiner* — Elizabeth Volz
(74) *Attorney, Agent, or Firm* — Manatt, Phelps & Phillips, LLP

(57) **ABSTRACT**

A protective bottle enclosure for enclosing and sealing a bottle with an open mouth carried within the enclosure. The enclosure includes a container having an upper portion and a base removably coupled to the upper portion, and an external cap applicable to the container in a seated position of the cap. In the seated position of the cap, the cap seals the open mouth of the bottle carried in the enclosure and forms an impermeable inner seal between the cap and the bottle. A stopper carried by the cap forms the impermeable inner seal between the cap and the bottle, and in the seated position of the cap, the cap is fully seated against the upper portion of the container and forms an impermeable outer seal between the cap and the container.

**20 Claims, 3 Drawing Sheets**



Exhibit 3
Page 17

### Related U.S. Application Data

(60) Provisional application No. 61/752,404, filed on Jan. 14, 2013.

(52) **U.S. Cl.**
CPC .......... *B65D 41/04* (2013.01); *B65D 81/3879* (2013.01); *B65D 81/3888* (2013.01)

(56)                          **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,308,980 A | * | 3/1967 | Taylor ................ B65D 23/0885 | |
| | | | | 215/13.1 |
| 4,510,769 A | * | 4/1985 | McClellan, Jr. ... B65D 23/0885 | |
| | | | | 215/12.1 |
| 4,768,664 A | * | 9/1988 | Zimmermann ........ B65D 53/02 | |
| | | | | 215/12.1 |
| 5,213,215 A | * | 5/1993 | Prevot ................... B65D 5/509 | |
| | | | | 206/446 |
| 5,635,232 A | * | 6/1997 | Wallace ................... A23L 2/54 | |
| | | | | 141/18 |
| 6,793,076 B1 | * | 9/2004 | Luo .................... B65D 77/0493 | |
| | | | | 206/521 |
| 9,505,527 B1 | * | 11/2016 | Campbell .............. B65D 41/04 | |
| 2004/0124192 A1 | * | 7/2004 | Teller .................... B65D 25/24 | |
| | | | | 220/23.9 |
| 2012/0145591 A1 | * | 6/2012 | Ceder ............... B65D 23/0885 | |
| | | | | 206/592 |

* cited by examiner

Exhibit 3
Page 18



FIG. 1

FIG. 2

Exhibit 3
Page 19



FIG. 3

Exhibit 3
Page 20



*FIG. 4A*

*FIG. 4B*

*FIG. 4C*

Exhibit 3
Page 21

1

**PROTECTIVE BOTTLE ENCLOSURE**

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 14/153,688, filed Jan. 13, 2014, which claims the benefit of priority to U.S. Provisional Application No. 61/752,404, filed Jan. 14, 2013, both of which are hereby incorporated by reference in their entirety and are to be considered as a part of this specification.

## FIELD OF THE INVENTION

The present invention relates generally to food and beverages, and more particularly to containers for holding beverages and beverage bottles.

## BACKGROUND OF THE INVENTION

Many people like to drink beverages while on the go. Beverages are often carried by people for different reasons and to different places, such as to the beach, to the office, in the car, on a boat, at the golf course, at the shopping mall, and other similar places. Once opened, however, a bottle can spill contents, wasting the beverage and creating a mess. Further, for some beverages, once the bottle is opened, the beverage contained therein will lose its freshness or effervescence as gases in the beverage leave the beverage and escape the bottle. Some bottles have caps or lids designed to be re-applied to an open bottle top so as to close the bottle and prevent spills. However, many bottles, such as glass bottles, do not have caps or lids that can be re-applied. Instead, the beverages in these bottles must generally consumed in one sitting, or the drinker must drink some of the beverage immediately after opening and then the rest at a later time, sacrificing the freshness or effervescence when finishing the beverage. Further, most beverages, if consumed over a period of time, will gradually equalize with the ambient temperature of the environment, which can be undesirable if the beverage was meant to be consumed very hot or very cold. An improved device for carrying a beverage is needed.

## SUMMARY OF THE INVENTION

According to the principle of the invention, a protective bottle enclosure seals an open bottle containing a beverage, insulates the bottle, and conceals the bottle during consumption of the beverage. The enclosure includes a container constructed from an upper portion and a base that can be removed from and applied to the upper portion. The base is removed from the upper portion to open an interior of the container and allow the bottle to be applied thereto. Once the base is replaced on the upper portion, the upper portion and base define the container which protects, insulates, and conceals the bottle carrying the beverage. A cap is removably applied to the container. The cap has an internal stopper, which, when the cap is fully seated on the container, forms an inner seal with the mouth of the open bottle and forms an outer seal with the container, so that the beverage in the bottle cannot leak out of the bottle or the enclosure.

2

## BRIEF DESCRIPTION OF THE DRAWINGS

Referring to the drawings:

FIG. 1 is a front perspective view of a protective bottle enclosure constructed and arranged in accordance with the principle of the invention, including a container having an upper portion, a base applied to the upper portion, and a cap applied to the upper portion;

FIG. 2 is an exploded front perspective view of the protective bottle enclosure of FIG. 1;

FIG. 3 is a section view of the protective bottle enclosure of FIG. 1 taken along the line 3-3 in FIG. 1; and

FIGS. 4A-4C are section views of three embodiments of caps taken along similar lines as FIG. 3.

## DETAILED DESCRIPTION

Reference is now made to the drawings. FIG. 1 illustrates a protective bottle enclosure 10 constructed and arranged according to the principle of the invention. FIG. 2 illustrates the same enclosure 10 in an exploded view. The enclosure 10 is useful for containing, concealing, and insulating a bottle applied to the enclosure in such a way that a beverage from the bottle can be consumed while the bottle is protected within the enclosure 10. The enclosure 10 includes a container 11 and a cap 12 removably applied to the container 11. The container 11 is preferably constructed from a material or materials having material characteristics of strength and rigidity, such as metal or plastic. The container 11 is preferably a two-piece unit having a main upper portion 13 and a base 14 removably applied to the upper portion 13. The upper portion 13 and base 14 cooperate to define a generally cylindrical interior 15 (indicated in FIG. 2) which receives the beverage bottle that the enclosure 10 protects. The upper portion 13 and base 14 are preferably extruded or rolled from thin-walled aluminum or the like.

The upper portion 13 is formed from a continuous thin sidewall 20 having opposed inner and outer surfaces 21 and 22 which are parallel to each other and set just slightly apart, defining a very thin thickness of the sidewall 20. The upper portion 13 of the container 11 defines a majority of the container 11 and has a body 23 extending from a bottom 24 to a shoulder 25 of the container 11. The shoulder 25 is an annular narrowing of the container 11 which tapers from the body 23 to a neck 30 of the container 11. The neck 30 extends upward to a finish 31 which terminates in an annular lip 32. The body 23 of the upper portion has a constant diameter D from just above the bottom 24 to the just below the shoulder 25. The neck has a diameter E which is less than the diameter D of the body 23, since the shoulder 25 between the body 23 and the neck 30 tapers in diameter between the two. The lip 32 flares outward slightly from the diameter E of the neck 30.

The base 14 is removable from the upper portion 13 so that a bottle may be introduced into the interior 15 and carried therein. Still referring to FIGS. 1 and 2, the base 14 has a flat bottom 34 and an upstanding, annular sidewall 35 extending upward from the bottom 34 and terminating in an open top 36. To releasably couple the base 14 to the upper portion 13, a fastening assembly is carried between the upper portion 13 and the base 14. At the bottom 24 of the body 23, the upper portion 13 of the container 11 has a reduced diameter and is formed with external threads 40. Complemental internal threads are carried on the sidewall 35 of the base 14. Though not visible in FIGS. 1 and 2, the internal threads are visible in FIG. 3 and are identified there with the reference number 41. The two sets of threads 40 and

Exhibit 3
Page 22

41 threadably engage the base 14 to the upper portion 13 of the container 11 and allow the base 14 to be quickly and easily removed from the upper portion 13. By aligning the threads 40 and 41 and rotating the base 14 with respect to the upper portion 13 in a clockwise direction, the base 14 is secured to the upper portion 13. Conversely, by rotating the base 14 in a counter-clockwise direction with respect to the upper portion 13 and retracting the base 14 away from the upper portion 13, the base 14 is removed from the upper portion 13, and the bottom 24 of the upper portion 13 is open, defining an entrance available to apply a bottle there through into the interior 15 of the container 11. One having ordinary skill in the art will readily appreciate that the relative direction of the threads 40 and 41 may be reversed so that the direction of rotation of the base 14 with respect to the upper portion 13 would be correspondingly reversed to apply and remove the base 14 from the upper portion 13. One having ordinary skill in the art will also appreciate that another suitable fastening mechanism may be used to removably engage the base 14 to the upper portion 13.

Turning briefly to FIG. 3, a bottle 100 has been applied to the interior 15 of the container 11. The bottle 100 is shown in ghost form, or in broken line, in FIG. 3, which is a section view taken along the line 3-3 in FIG. 1. The container 11 has rotational symmetry about a vertical axis extending through the interior 15 along a geometric center of the container 11. The bottle 100 is applied to the enclosure 10, and has a body 101, a bottom 102, a shoulder 103, and a long neck 104 terminating in an open mouth 106 at a top 105 of the bottle 100. The mouth 105 of the bottle 100 has an internal diameter M. The bottle 100 has been, and is preferably, inserted into the enclosure 10 with the mouth 105 open so that the cap 12 seals the mouth 106 when the cap 12 is fully applied and seated to the container 11.

Referring now back to FIG. 2 primarily, the cap 12 is removably applied to the container 11 to seal the container 11. The neck 30 of the upper portion 13 of the container 11 carries threads 42 which are formed integrally in the neck 30 and extend both inwardly and outwardly. The threads 42 allow the cap 12 to be threadably engaged to the container 11 to secure and release the cap 12 on the container. Three cap embodiments are shown in FIGS. 4A-4C and are identified as the caps 12, 12', and 12", respectively. Discussion of the cap 12 in FIG. 4A will be made first, and then, turning to FIGS. 4B and 4C, the discussion will be of the caps 12' and 12" and the various structural elements and features which are different from the cap 12. Discussion of structural elements and features which are identical in the caps 12, 12', and 12" will not be repeated in the description of the caps 12' and 12".

FIG. 4A illustrates an enlarged section view of the cap 12 taken along the line 3-3 in FIG. 1. The cap 12 consists of a knob 50 formed with a tab or extension 51 providing a contact surface to be gripped and rotated, and a collar 52 depending from the knob 50 opposite the extension 51. The collar 52 is a thin cylindrical sleeve which extends downward from the knob 50 and carries external threads 53. The threads 53 extend radially outward from the collar 52. The threads 53 of the cap 12 threadably engage with the internal threads 42 formed in the neck 30 of the upper portion 13, so that the cap 12 is applied and engaged to the upper portion 13 by aligning the threads 53 and 42 and rotating the cap 12 clockwise relative to the upper portion 13, and the cap 12 is retracted and disengaged from the upper portion 13 by rotating the cap 12 counterclockwise relative to the upper portion 13. One having ordinary skill in the art will understand that the relative direction of the threads 42 and 53 may

be reversed and that the direction of rotation of the cap 12 relative to the upper portion 13 would be correspondingly reversed to apply and remove the cap 12. The cap has a cuff 54 disposed between the extension 51 and the collar 52 extending radially outward from an underside 58 of the extension 51 and defining a lower portion of the extension 51. The cuff 54 is a cylindrical sidewall having an inner surface 55 cooperating with the collar 52 to bound an internal, generally cylindrical volume 56 with an opening 57 located opposite the extension 51.

Still referring to FIG. 4A, the cap 12A has a sealing structure to seal the mouth 105 of the bottle 100 while housed in the container 11. The cap 12 has a stopper 60 with a body 61 which is an inverted truncated conical frustum that tapers in diameter away from the cap 12. The body 61 has a top 62 and an opposed bottom 63 with a diameter G, and the diameter G at the bottom 63 is smaller than the diameter at the top 62 of the body 61. The top 62 of the body 61 is applied to the underside 58 of the knob 50. The body 61 is constructed from a material or combination of materials having material characteristics of resiliency, elasticity, and shape memory, such as rubber, so that the body 61 of the stopper 60 can be compressed radially under pressure and return to its original shape when the compression is removed. The body 61 of the stopper 60 extends within the cylindrical volume 56 as far as the cuff 54, and an annular volume 54 in communication with the cylindrical volume 55 is defined between the body 51 of the stopper 50 and the inner surface 55 of the cuff 54 which encircles the stopper 50 within the cap 12, An annular flange 65 is formed on the body 51 of the stopper 50. The flange 65 is a ring formed monolithically and integrally to the body 61, and the flange extends continuously around the body 61 parallel to the top 62 and bottom of the stopper 60. The body 61 has a diameter F just under the flange 65, and the flange 65 has a diameter H, which is larger than the diameter F and the diameter G of the bottom 63 of the body 61 of the stopper 60. The diameter H of the flange 65 is greater than the diameter M of the mouth 105 of the bottle 100, and the diameter M of the mouth 105 is larger than the diameter G of the bottom 63 of the stopper 50 but just smaller than the diameter F of the stopper 50. The flange 55 is constructed from a material having a rigid material characteristics, such as plastic. The flange 65 is formed on the body 61 at a generally intermediate location with respect to the top 52 and bottom 63.

Turning now to FIG. 4B, the cap 12' is shown. As explained above, the cap 12' shares various structural elements and features in common with the cap 12, and as such, those structural elements and features will not be described here. Those structural elements and features are identified in the discussion of the cap 12' with the same reference characters as above, and the discussion below is directed toward the differences of cap 12'. The cap 12' has a knob 50, extension 51, collar 52, threads 53, cuff 54, inner surface 55, cylindrical volume 56, opening 57, and underside 58, but the cap 12' presents an alternate stopper 70.

The stopper 70 has a body 71 which is an inverted truncated conical frustum that tapers in diameter away from the cap 12'. The body 71 has a top 72 and an opposed bottom 73 with respective diameters F' and G', and the diameter G' at the bottom 73 is smaller than the diameter F' at the top 72 of the body 71. The top 72 of the body 71 is applied to the underside 58 of the knob 50. The body 71 is constructed from a material or combination of materials having material characteristics of resiliency, elasticity, and shape memory, such as rubber, so that the body 71 of the stopper 70 can constrict and be compressed radially under pressure and

Exhibit 3
Page 23

return to its original shape when the compression is removed. The body **71** of the stopper **70** extends within the cylindrical volume **56** as far as the cuff **54**, and the annular volume **64** in communication with the cylindrical volume **56** is defined between the body **71** of the stopper **70** and the inner surface **55** of the cuff **54** which encircles the stopper **70** within the cap **12**. The diameter M of the mouth **105** of the bottle **100** is larger than the diameter G' of the bottom **73** of the stopper **70** but is smaller than the diameter F' of the top **62** of the bottle **100**. In this way, when the cap **12'** is applied to and seated on the container **11**, the mouth **105** encircles and constricts the stopper **60** between the top **62** and bottom **63**.

Turning now to FIG. 4C, the cap **12"** is shown. Again, as explained above, the cap **12"** shares various structural elements and features in common with the cap **12**, and as such, those structural elements and features will not be described here. Those structural elements and features are identified in the discussion of the cap **12"** with the same reference characters as above, and the discussion below is directed toward the differences of cap **12"**. The cap **12"** has a knob **50**, extension **51**, collar **52**, threads **53**, cuff **54**, inner surface **55**, cylindrical volume **56**, opening **57**, and underside **58**, but the cap **12'** presents an alternate stopper **80**.

The stopper **80** of the cap **12"** is a pad **81** carried on the underside **58** of the knob **50**. The pad **81** includes an upper surface **82**, an opposed lower surface **83**, and a compressible middle layer **84** between the upper and lower surfaces **82** and **83**. The upper surface **82** is permanently applied, such as with an adhesive, to the underside **58** of the knob **50** and extends across the underside **58** encircled by the inner surface **55** of the cuff **55**. The pad **81** has a diameter I, which is greater than the diameter M of the mouth **105** of the bottle **100**. The pad **81** is constructed from a material or combination of materials having compressible, elastic, resilient, and durable material characteristics, such as elastomeric rubber and the like.

The caps **12**, **12'**, and **12"** each seal the open bottle **100** and the container **11** when used as part of the enclosure **10**. The bottle **100** is held within the enclosure **10** by the cap and by elastomeric padding or forms within the container **11**. The elastomeric forms are applied to the upper portion **13** and the base **14** to provide insulation to the bottle **100**, to provide impact protection to the bottle **100**, and to hold the bottle **100** securely, both while the bottle **100** is enclosed by the enclosure **10** and while the bottle is tipped and being drunk from. With reference back to FIG. 3, the upper portion **13** has an upper form **90** with an outer surface **91** applied, such as with an adhesive, to the inner surface **21** of the container **11** and an inner surface **92** extending into the interior **15** of the enclosure **10**. The upper form **90** has a generally cylindrical shape extending from the bottom **24** of the upper portion **13** to the shoulder **25**. The upper form **90** is constructed from a material or combination of materials having material characteristics of compressibility, durability, resiliency, and shape memory, and which is a good insulator. The base **14** has a base pad **93** with an upper surface **94** and an opposed lower surface **95** applied, such as with an adhesive, to the bottom **34** of the base **14**. The base form **93** is disc shaped and extends along the bottom **34** of the base **14**. The sidewall of the base **14** is uncovered in the interior **15**. Like the upper form **90**, the base form **93** is constructed from a material or combination of materials having the material characteristics of compressibility, durability, resiliency, and shape memory, and which is a good insulator. The upper and base forms **90** and **93** securely position and hold

the bottle **100** in place within the container and provide insulation to keep the beverage in the bottle **100** hot or cold.

In operation, the enclosure **10** is useful for protecting, insulating, and concealing the bottle **100** within the enclosure **10**. To apply the bottle **100** to the enclosure **10**, the base **14** is decoupled from the upper portion **13** by rotating the base **14** relative to the upper portion **13** while retracting the base **14** and then withdrawing the base **14** from the upper portion **13**, exposing the open bottom **24** of the upper portion **13** and the hold **90** ready to receive the bottle **100**. The bottle **100** is held, such as by hand, and inserted into the interior **15** with the mouth **105** of the bottle **100** introduced first into the interior **15**. The bottle **100** is applied to and inserted into the interior **15** until the mouth **105** of the bottle **100** is disposed just below the lip **32** on the finish **31** of the upper portion **13**. As the bottle **100** is applied into the interior **15**, the bottle **100** radially compresses the upper form **90** against the sidewall **20** of the upper portion **13**. As shown in FIG. 3, above the shoulder **103** of the bottle **100**, the upper form **90** is uncompressed and has a normal thickness, while along the body **101** of the bottle **100**, the upper form **90** is compressed and has a reduced thickness. The bottle **100** is thus held in a friction fit arrangement by the upper form **13** which limits vertical movement in and out of the upper form **13**.

Once the bottle **100** is placed into the upper portion **13**, the base **14** is coupled to the upper portion **13**. The base **14** is aligned with the upper portion **13** and moved toward and over the bottom **24** of the upper portion **13** while rotating the base **14** with respect to the upper portion **13** so as to threadably engage the base **14** onto the upper portion **13**. The base **14** is rotated completely until the base **14** is firmly seated on the upper portion **13** and the top **36** of the base **14** is against the bottom **24** of the upper portion **13**, sealing the base **14** on the upper portion **13** and forming the container **11**. If, before coupling the base **14** to the upper portion **13**, the bottle **100** had not been fully applied to the upper portion **13**, then when the base **14** is seated to the upper portion **13**, the base **14** will advance the bottle **100** further into the upper portion **13** to a preferred location in the interior **15**. If the bottle **100** had been applied too far into the interior **15**, then application of the cap **12** to the upper portion **13** will re-position the bottle **100** in the opposite direction. Any of the caps **12**, **12'**, and **12"** may be applied and seated on the upper portion **13**. Seating any of the caps **12**, **12'**, and **12"** on the container **12** forms seals between the bottle **100** and the cap **12** and between the container **11** and the cap **12**. Application of each will now be discussed.

FIG. 3 and FIG. 4A show the cap **12** fully seated on the upper portion **13** in a seated position of the cap **12**, sealing the open mouth **105** of the bottle **100**, To apply the cap **12** to the container **11** with the bottle **100** held in the container **11**, the cap **12** is free of the container **11** and is aligned with the neck **30** and finish **31** of the container **11** in a free condition of the cap **12**. The threads **53** on the cap **12** are directed downwardly toward the threads **42** on the neck **30** of the container **11**. The cap **12** is then rotated onto the neck **30**, threadably engaging the threads **53** on the cap **12** with the threads **42** formed in the neck **30** of the container **11** to move the cap **12** into an applied condition on the container **11**. As the cap **12** is threaded onto the container **11**, the cap **12** is applied to the container **11**, and the bottom **63** of the stopper **60** moves into the mouth **105** of the bottle **100**. The bottom **63** of the stopper **60** has a diameter G which is less than the diameter M of the mouth **105**, so that the mouth **105** begins to receive the stopper **60**. As the cap **12** is further threaded onto the container **11**, the stopper **60** advances further into bottle **100**, filling a greater portion of the

Exhibit 3
Page 24

diameter M of the mouth 105. In this applied condition of the cap 12, the cap 12 only yet forms a fluid-permeable seal with the container 11. As the cap 12 is still further threaded onto the container 11, however, the stopper 60 fills the entire mouth 105 of the bottle 100, and begins to be compressed and constricted radially by the mouth 105. The cap 12 continues to be advanced until the top 106 of the bottle 100 encounters the flange 65 on the stopper 60, at which point the cuff 54 of the cap 12 fully seats against the lip 32 of the upper portion 13 of the container 11. The diameter F of the body 61 of the stopper 60 just below the flange 65 is just greater than the diameter M of the mouth 105, and the diameter H of the flange 65 is greater than the diameter M of the moth 105, so that the mouth 105 is received against an inward shoulder 99 formed by the body 61 of the stopper 60 and the flange 65, defining a seated condition of the cap 12. In this seated condition, the stopper 60 forms a fluid-impervious seal 96 with the mouth 105 of the bottle 100, so that the beverage in the bottle 100 cannot leave the bottle 100 and enter the interior 15. Further, the cuff 54 of the cap 12 fully seated against the lip 32 of the container and forms a fluid-impervious seal 97 with the container 11. This seal 97 prevents any moisture in the interior 15 from exiting the interior 15 and also prevents any fluids outside of the enclosure 10 from entering the interior 15. The seal 96 is considered an inner seal, and the seal 97 is considered an outer seal spaced apart from the inner seal, so that the enclosure 10 has a unique double-seal construction which is formed when the cap 12 is in the seated condition on the container 11.

Alternately, the bottle 100 and container 11 can be sealed by the cap 12'. FIG. 4B shows the cap 12' fully seated on and sealing the open mouth 105 of the bottle 100. FIG. 4B does not show the container 11, as one having ordinary skill in the art will understand how the cap 12' seats on the container 11, given the above description of the cap 12 and the container 11, and given the below description. To apply the cap 12' to the container 11 with the bottle 100 held in the container 11, the cap 12' is free of the container 11 and is aligned with the neck 30 and finish 31 of the container 11 in a free condition of the cap 12'. The threads 53 on the cap 12' are directed downwardly toward the threads 42 on the neck 30 of the container 11. The cap 12' is then rotated onto the neck 30, threadably engaging the threads 53 on the cap 12' with the threads 42 formed in the neck 30 of the container 11 to move the cap 12' into an applied condition on the container 11. As the cap 12' is threaded onto the container 11, the cap 12' is applied to the container 11, and the bottom 73 of the stopper 70 moves into the mouth 105 of the bottle 100. The bottom 73 of the stopper 70 has a diameter G' which is less than the diameter M of the mouth 105, so that the mouth 105 begins to receive the stopper 70. As the cap 12' is further threaded onto the container 11, the stopper 70 advances further into bottle 100, filling a greater portion of the diameter M of the mouth 105. In this applied condition of the cap 12', the cap 12' only yet forms a fluid-permeable seal with the container 11. As the cap 12' is still further threaded onto the container 11, however, the stopper 70 fills the entire mouth 105 of the bottle 100, and begins to be compressed and constricted radially by the mouth 105. The cap 12' continues to be advanced until the top 106 of the bottle 100 binds on the body 71 of the stopper 70, at which point the cuff 54 of the cap 12' also fully seats against the lip 32 of the upper portion 13 of the container 11. The diameter of the body 71 of the stopper 70 encircled by the mouth 105 is just less than the diameter M of the mouth 105, defining a seated condition of the cap 12 on the container 11. In this seated condition, the stopper 70 forms a fluid-impervious seal 95' with the mouth 105 of the bottle 100, so that the beverage in the bottle 100 cannot leave the bottle 100 and enter the interior 15. This seal 96 is considered an inner seal. Further, the cuff 54 of the cap 12' fully seated against the lip 32 of the container and forms a fluid-impervious seal with the container 11. This seal is considered an outer seal, and it prevents any moisture in the interior 15 from exiting the interior 15 and also prevents any fluids outside of the enclosure 10 from entering the interior 15. The enclosure 10 has this unique double-seal construction which is formed when the cap 12' is in the seated condition on the container 11.

Alternately, the bottle 100 and container 11 can be sealed by the cap 12". FIG. 4C shows the cap 12" fully seated on and sealing the open mouth 105 of the bottle 100. FIG. 4C does not show the container 11, as one having ordinary skill in the art will understand how the cap 12" seats on the container 11, given the above description of the cap 12 and the container 11, and given the below description. To apply the cap 12' to the container 11 with the bottle 100 held in the container 11, the cap 12' is free of the container 11 and is aligned with the neck 30 and finish 31 of the container 11 in a free condition of the cap 12". The threads 53 on the cap 12" are directed downwardly toward the threads 42 on the neck 30 of the container 11. The cap 12" is then rotated onto the neck 30, threadably engaging the threads 53 on the cap 12" with the threads 42 formed in the neck 30 of the container 11 to move the cap 12" into an applied condition on the container 11. As the cap 12" is threaded onto the container 11, the cap 12" is applied to the container 11, the mouth 105 of the bottle 100 contacts the lower surface 83 of the pad 81 of the stopper 80. As the cap 12" is still further threaded onto the container 11, the mouth 105 of the bottle 100 advances into the pad 81, deflecting the lower surface 83 and compressing the middle layer 84 toward the upper surface 82. The pad 81 continues to be compressed by the mouth 105 until the cap 12" is fully threaded onto the container 11, seating the cuff 54 of the cap 12" against the lip 32 of the container 11 in a seated condition of the cap 12". In the seated condition of the cap 12", a fluid-impervious seal 96" is formed between the pad 81 and the mouth 105 of the bottle 100, which seal 96" is considered an inner seal preventing the loss of the beverage contained in the bottle 100 into the interior 15 of the enclosure 10. Further, in the seated condition of the cap 12", the cuff 54 of the cap 12" forms a fluid-impervious seal with the container 11. This seal is considered an outer seal, and it prevents any moisture in the interior 15 from exiting the interior 15 and also prevents any fluids outside of the enclosure 10 from entering the interior 15. The enclosure 10 has this unique double-seal construction which is formed when the cap 12" is in the seated condition on the container 11.

Once the enclosure 10 is sealed with the cap 12, 12', or 12" (discussion herein with respect to the cap 12), the bottle 100 can be carried, tilted, or tipped without spilling the beverage within the bottle 100 inside the enclosure 10. The cap 12 can be removed to allow a person to drink from the bottle 100, simply by unthreading the cap 12 from the container 11 and moving the cap 12 into the free condition thereof, exposing the mouth 105 of the bottle 100 which is spaced above the lip 32 of the upper portion 13 of the container 11 by a distance T. The mouth 105 is also spaced apart from the lip 32 of the upper portion 13 of the container 11 by an annular gap 98 encircling the mouth 105. This annular volume 64 is a gap between the mouth 105 of the bottle 100 and the lip 32 of the enclosure 10 which allows a person to place his or her lips on the bottle itself. This can

Exhibit 3
Page 25

9 | 10

prevent spilling of the beverage into the interior **15** or simply out of the bottle **100** altogether, because a seal is formed between the mouth **105** of the bottle **100** and the person's lips. Alternatively, the person may place his or her lips around the lip **32** of the enclosure **10** and drink from the bottle **100**.

The present invention is described above with reference to several embodiments, among them a preferred embodiment. However, those skill having ordinary skill in the art will appreciate that changes and modifications may be made in the described embodiments without departing from the nature and scope of the present invention. Various further changes and modifications to the embodiment herein chosen for purposes of illustration will readily occur to one having ordinary skill in the art. To the extent that such modifications and variations do not depart from the principle of the invention, they are intended to be included within the scope thereof.

Having fully and clearly set forth the invention in such detail as to enable one having ordinary skill in the art to make and use the same, the invention claimed is:

**1**. A protective bottle enclosure for removably enclosing an open bottle having a bottleneck ending in an open mouth, the enclosure comprising:

an aluminum upper portion defined by upper sidewalls surrounding an internal cavity, the upper portion having a cylindrical body section between a lower section and a neck section, the body section having a body diameter, the neck section having an interior thread and a neck diameter narrower than the body diameter and ending in an upper opening, a shoulder section connecting the body portion to the neck portion and tapering in diameter from the body diameter to the neck diameter, the lower section having an exterior thread and a lower diameter narrower than the body diameter and ending in a base opening, the internal cavity extending between the upper opening and the base opening;

an aluminum base portion defined by a cylindrical base sidewall secured to the perimeter of a base bottom wall and having an open top, the base sidewall having a base diameter that is larger than the lower diameter of the upper portion, the base portion being configured to seal the base opening of the upper portion when the lower section of the upper portion is partially inserted into the open top of the base portion and the base sidewall threadably engages the exterior thread of the lower section;

wherein the top of the base sidewall is flush with the body section when the aluminum base portion is threadably engaged around the lower section;

a cylindrical upper elastomeric insert secured to the inside of the body section of the upper portion;

wherein the upper elastomeric insert does not extend beyond the body section having a generally constant body diameter;

a removable plastic cap comprising a plug connected to a cylindrical sleeve, the plug being configured to seal the open mouth of the bottle when the bottle is secured inside of the protective bottle enclosure, the cylindrical sleeve having a sleeve diameter narrower than the neck diameter of the upper portion, the cylindrical sleeve being configured to be inserted into the upper opening to surround a portion of the bottleneck and threadably engage the interior thread of the neck section; and

wherein the protective bottle enclosure is configured to surround the bottle and seal the open mouth of the

bottle when the base portion is fully engaged with the base opening and the cap is fully engaged with the upper opening.

**2**. The protective bottle enclosure of claim **1**, wherein the neck diameter is narrower than the lower diameter.

**3**. The protective bottle enclosure of claim **2**, wherein the neck section is longer than the lower section.

**4**. The protective bottle enclosure of claim **1**, wherein the plug is configured to insert into the open mouth of the bottle.

**5**. A protective bottle enclosure for removably enclosing an open bottle having a bottleneck ending in an open mouth, the enclosure comprising:

a base portion defined by a base sidewall secured to a base bottom wall and having an open top;

an upper portion defined by upper sidewalls surrounding an internal cavity, the upper portion having a cylindrical body section having a generally constant body diameter between a lower section and a neck section, the lower section being narrower than the body section and ending in a base opening, the neck section being narrower than the body section and ending in an upper opening, the internal cavity extending between the upper opening and the base opening, the lower section being configured to be inserted into the open top of the base portion and to threadably engage the base sidewall; and

a removable cap comprising a plug connected to a cylindrical sleeve, the cylindrical sleeve being configured to be partially inserted into the upper opening to surround a portion of the bottleneck and to threadably engage the neck section, the plug being configured to seal the open bottle inside the protective bottle enclosure.

**6**. The protective bottle enclosure of claim **5**, wherein the base sidewall is flush with the body section when the aluminum base portion is threadably engaged around the lower section.

**7**. The protective bottle enclosure of claim **6**, wherein the base portion and the upper portion are both constructed from extruded or rolled aluminum.

**8**. The protective bottle enclosure of claim **7**, wherein the cap is constructed from plastic.

**9**. The protective bottle enclosure of claim **8**, further comprising a cylindrical upper elastomeric insert secured to the inside of the upper portion.

**10**. The protective bottle enclosure of claim **9**, wherein the upper elastomeric insert does not extend beyond the body section having a generally constant body diameter.

**11**. A protective bottle enclosure for removably enclosing an open bottle having a bottleneck ending in an open mouth, the enclosure comprising:

an upper portion defined by upper sidewalls surrounding an internal cavity, the upper portion having a body section between a lower section and a neck section, the body section having a generally constant body diameter, the neck section having a neck diameter narrower than the body diameter and ending in an upper opening, the lower section having a lower diameter narrower than the body diameter and ending in a base opening, the internal cavity extending between the upper opening and the base opening;

a base portion defined by a base sidewall secured to the perimeter of a base bottom wall and having an open top, the base sidewall having a base diameter that is larger than the lower diameter of the upper portion, the base portion being configured to seal the base opening of the upper portion when the lower section of the

Exhibit 3
Page 26

upper portion is partially inserted into the open top of the base portion and the base sidewall threadably engages the lower section;

a removable cap comprising a plug connected to a cylindrical sleeve, the plug being configured to seal the open mouth of the bottle when the bottle is secured inside of the protective bottle enclosure, the cylindrical sleeve having a sleeve diameter narrower than the neck diameter of the upper portion, the cylindrical sleeve being configured to be inserted into the upper opening to surround a portion of the bottleneck and to threadably engage the neck section; and

wherein the protective bottle enclosure is configured to surround the bottle and seal the open mouth of the bottle when the base portion is fully engaged with the base opening and the cap is fully engaged with the upper opening.

**12**. The protective bottle enclosure of claim **11**, wherein the base sidewall is flush with the body section when the aluminum base portion is threadably engaged around the lower section.

**13**. The protective bottle enclosure of claim **11**, wherein the body diameter is approximately the same as the base diameter.

**14**. The protective bottle enclosure of claim **11**, wherein the base portion is constructed from the same material as the upper portion.

**15**. The protective bottle enclosure of claim **14**, wherein the base portion and the upper portion are both constructed from metal.

**16**. The protective bottle enclosure of claim **15**, wherein the base portion and the upper portion are both constructed from extruded or rolled aluminum.

**17**. The protective bottle enclosure of claim **16**, wherein the cap is constructed from plastic.

**18**. The protective bottle enclosure of claim **17**, further comprising a cylindrical upper elastomeric insert secured to the inside of the upper portion.

**19**. The protective bottle enclosure of claim **18**, wherein the upper elastomeric insert does not extend beyond the body section having a generally constant body diameter.

**20**. The protective bottle enclosure of claim **19**, further comprising a base elastomeric insert secured to the inside of the base bottom wall.

* * * * *

Exhibit 3
Page 27

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 9,637,270 B2
APPLICATION NO.   : 15/362540
DATED            : May 2, 2017
INVENTOR(S)       : Matthew T. Campbell

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 10, Line 36, the words "aluminum base portion" should be changed to --base portion--.

Column 11, Line 19, the words "aluminum base portion" should be changed to --base portion--.

Signed and Sealed this
Fifteenth Day of August, 2017

*Joseph Matal*

Joseph Matal
*Performing the Functions and Duties of the*
*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*

Exhibit 3
Page 28